

EOD
03/04/2022

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CARL G. LOFVANDER AHSLUND, | § | |
| *Debtor.* | § | **Adv. Case No. 4:21-bk-04103** |
| | § | |
| _____ | § | **CASE NO. 4:21-bk-40747** |
| | § | |
| METRO WOODWARD, LLC, | § | Chapter 7 |
| *Plaintiff.* | § | |
| v. | § | **ADVERSARY COMPLAINT** |
| | § | **OBJECTING TO ENTRY OF** |
| | § | **DISCHARGE PURSUANT TO** |
| CARL G. LOFVANDER AHSLUND, | § | **11 U.S.C §§ 727(a)(2) and (4)** |
| *Defendant* | § | |

### ORDER GRANTING AGREED MOTION OF
### DISMISSAL OF ADVERSARIAL PROCEEDING

On February 17, 2022, an Agreed Motion of Dismissal of Adversarial Proceeding (the "Motion") was filed by Plaintiff Metro Woodward, LLC and Defendant Carl G. Lofvander Ahslund (collectively, the "Parties") in the above referenced case. The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate fourteen (14)-day negative notice language, pursuant to LBR 7007-1, which directed any party opposed to the granting of the relief sought by the Motion to file a written response within fourteen (14) days or the Motion would be deemed by the Court to be unopposed. Further, the Court finds the Parties served the U.S. Trustee and the Trustee with a copy of the Motion in accordance with Federal Rule of Bankruptcy Procedure 7041.

The Court finds that no objection or other written response to the Motion has been timely filed by any party, including the U.S. Trustee or the Trustee. Due to the failure of any party to file a timely written response, the allegations contained in the Motion stand unopposed and, therefore, the Court finds that good cause exists for the entry of the following order.

//
//

**IT IS THEREFORE ORDERED** that the Agreed Motion of Dismissal of Adversary Proceeding filed by Plaintiff Metro Woodward, LLC and Defendant Carl G. Lofvander Ahslund on February 18, 2022, is hereby **GRANTED** and the Adversary Proceeding No. 21-04103; styled *Metro Woodward, LLC v. Carl G. Lofvander Ahslund* in the United States Bankruptcy Court for the Eastern District of Texas is hereby dismissed.

Signed on 03/04/2022

_____
THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE

_____